# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS MAJDA, JR., | ) |
| Plaintiff, | ) |
| v. | ) |
| BRENNA M. MORAY, | ) 8:16CV363 |
| Defendant/Third-Party Plaintiff, | ) ORDER |
| v. | ) |
| THOMAS MAJDA, SAMUEL TROIA, CHARLES O. LUTZ-PRIEFERT, and PATRICK BUCKLEY, | ) |
| Third-Party Defendants. | ) |

This matter comes before the court *sua sponte* after review of the court file.

On August 23, 2016, the defendant, Brenna M. Moray, filed a Third-Party Complaint against nonparties Thomas Majda, Samuel Troia, Charles O. Lutz-Priefert, and Patrick Buckley. (Filing No. 14). Rule 14 of the Federal Rules of Civil Procedure provides, "A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." Fed. R. Civ. P. 14(a)(1). Rule 4 governs service of a summons and complaint. Rule 4 provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The court must extend the time for service for an appropriate period upon a plaintiff's showing of good cause for the failure. Fed. R. Civ. P. 4(m).

1

There is no evidence in the record demonstrating that Moray has served the third party defendants with a summons and the Third-Party Complaint in accordance with Fed. R. Civ. P. 14(a)(1) and Fed. R. Civ. P. 4, and none of the third-party defendants have made an appearance in this case.  The 90-day deadline for service of process of the Third-Party Complaint has expired.  Moray failed to seek an extension of the deadline to complete service on the third-party defendants or provide an explanation for the delay.  Under the circumstances, the Moray must make a showing of good cause for the failure to timely serve the third-party defendants, or her Third-Party Complaint will be dismissed.  Accordingly,

**IT IS ORDERED:**  Defendant Brenna Moray shall have until **December 28, 2016**, to file with the Clerk of Court evidence of valid service for third-party defendants Thomas Majda, Samuel Troia, Charles O. Lutz-Priefert, and Patrick Buckley, or show cause why her Third-Party Complaint should not be dismissed for failure to prosecute.

**DATED: December 12, 2016.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**